UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION
CAUSE NO. 2:21-CV-00017-TLS-JPK

| | |
|---|---|
| Jacqueline Johnson and Dwayne Greenleaf, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| United States of America | ) |
| | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the parties, by counsel, agree and stipulate to dismissal of this lawsuit, with prejudice. The parties agree that each party shall bear their own costs.

Respectfully submitted,

Gary T. Bell
Acting United States Attorney

/s/Barbara J. Germano
Barbara J. Germano, Attorney No. 14424-49
GARAU GERMANO, P.C.
3710 Washington Blvd.
Indianapolis, IN 46205
Telephone No.: (317) 822-9530
Fax No.:  (317) 822-9531
Counsel for Plaintiffs

By:   /s/*Sharon Jefferson*
Sharon Jefferson
Assistant U.S. Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Telephone No.: (219) 937-5681
Fax No.: (219) 937-5550
Counsel for Defendant

By:    /s/*Kathleen Trzyna*
Kathleen Trzyna
Assistant U.S. Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Telephone No.: (219) 937-5515
Fax No.: (219) 937-5550
Counsel for Defendant